UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN COACH LINES OF ORLANDO,
INC.,

           Plaintiff,

-vs-                                                      Case No. 6:09-cv-1999-Orl-19GJK

NORTH AMERICAN BUS INDUSTRIES, INC.,
BLUE BIRD CORPORATION,

           Defendants.
_____

# ORDER

This case comes before the Court on the Unopposed Motion to File Voluminous Records in an Alternative Method by Plaintiff American Coach Lines of Orlando, Inc. (Doc. No. 64, filed Jan. 5, 2011.) Plaintiff seeks leave to file in an alternative format more than 4,400 pages of bus maintenance records as an attachment to the Affidavit of Brian Dickson, which was filed on January 5, 2011. (*Id.* at 1.) Plaintiff represents that Defendants do not oppose the filing of the bus maintenance records in an alternative format. (*Id.* at 2.) In light of the voluminous nature of the bus maintenance records, the Court finds it appropriate to file such records in an alternative format.

## Conclusion

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that the Unopposed Motion to File Voluminous Records in an Alternative Method by Plaintiff American Coach Lines of Orlando, Inc. (Doc. No. 64) is **GRANTED**. Within ten (10) days of the date of filing of this Order, Plaintiff may file with the Clerk of Court a compact disk (or disks, if necessary) containing images of the bus maintenance records referenced in the Motion, provided that Plaintiff also: (1)

files a statement certifying that the compact disk or disks filed with the Court have been scanned and found free of viruses by an antivirus software program; and (2) provides a copy of the compact disk or disks filed with the Court to opposing counsel.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record